■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN S. PAULK, Appellant. (Appeal No. 2.) [965 NYS2d 900]— Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered June 19, 2009. The judgment convicted defendant, upon a jury verdict, of criminal sale of a controlled substance in the third degree (two counts) and criminal possession of a controlled substance in the third degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Paulk* (107 AD3d 1413 [2013]). Present—Scudder, P.J., Peradotto, Lindley, Valentino and Martoche, JJ.